# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  CASE NO. 3:18cr108/MCR

**JOHNNIE HILL CALLAHAN III**

_____/

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Government's Motion for Entry of Final Order of Forfeiture by the United States of America. On February 19, 2019, a Federal Grand Jury sitting in the Northern District of Florida issued a seven-count Superseding Indictment against the defendant and others. The Superseding Indictment charged the defendant with the following: Count One - the offense of conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, and cocaine, in violation of

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 41(b)(1)(B)(i), 841(b)(1)(C), and 846; Counts Two and Four - each charging the offense of distribution or possession with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2; Count Three - the offense of distribution or possession with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2l; Count Five - the offense of possession with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and 100 grams or more of a mixture and substance containing a detectable amount of heroin, and cocaine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(i) and 841(b)(1)(C), and Title 18, United States Code, Section 2; Count Six - the offense of possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and Count Seven - the offense of possession of a firearm and

ammunition by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). The Government seeks the forfeiture of the following property:

**A. Six (6) Pieces of Assorted Jewelry; and**
**B. $9,246.00 in United States currency.**

The United States is entitled to possession of the above-described property pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2).

On July 11, 2019, a Preliminary Order of Forfeiture was entered. Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the forfeiture action was published on the official internet government forfeiture site for at least thirty (30) consecutive days. No person or entity has filed a claim setting forth their interest in the property.

**IT IS ORDERED** that the above-described property is condemned and forfeited to the United States.

**ORDERED** this 22nd day of October 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**