# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**  CASE NOS.: 3:18cr108/MCR/HTC
            3:20cv3040/MCR/HTC

**JOHNNIE HILL CALLAHAN, III**
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 12, 2020. ECF No. 224. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 223, is DISMISSED WITHOUT PREJUICE.

**DONE AND ORDERED** this 18th day of March 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:18cr108/MCR/HTC; 3:20cv3040/MCR/HTC